# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PETER M. BERGNA,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Petitioner,　　　　　　　　)　　3: 10-CV-00389-RCJ-RAM
　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　**ORDER**
JAMES BENEDETTI, *et al*,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Respondents.　　　　　　　　)
_____/

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. The Federal Public Defender has filed a request for appointment to represent petitioner in this case. (Docket #3.) In his request, the Federal Public Defender explains that a member of his staff previously represented petitioner in his proceedings in state court, and is familiar with the issues in the case. The petition filed in this action includes some twenty-six claims, along with a large number of exhibits, suggesting that it may be a relatively complex petition. Furthermore, petitioner faces a lengthy sentence of life in prison with the possibility of parole. The court concludes that appointment of counsel will serve the interests of justice in this case.

Therefore, the Federal Public Defender for the District of Nevada ("FPD") shall be appointed to represent petitioner. Counsel will represent petitioner in all future federal proceedings relating to this matter (including subsequent actions) and appeals therefrom, unless allowed to withdraw.

///

**IT IS THEREFORE ORDERED** that the request for appointment to represent petitioner is **GRANTED**. (Docket #3.) The Federal Public Defender is appointed to represent petitioner.

**IT IS FURTHER ORDERED** that the Clerk shall **ELECTRONICALLY SERVE** the FPD a copy of this order, together with a copy of the petition for writ of habeas corpus and its attachments. (Docket #1-3, #1-4, #1-5, #1-6, 1-7). The FPD shall have thirty (30) days from the date of entry of this order to file a notice of appearance.

**IT IS FURTHER ORDERED** that the Clerk shall **RESUBMIT** this case to the Court after the FPD has appeared as counsel for petitioner or after thirty (30) days from the entry of this Order, whichever occurs first.

**IT IS FURTHER ORDERED** that, after counsel has appeared for petitioner in this case, the court will issue a scheduling order, which will, among other things, set a deadline for the filing of a first amended petition.

DATED: This 19th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE