AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

PETER M. BERGNA,

    Petitioner,      JUDGMENT IN A CIVIL CASE

v.

    CASE NUMBER: **3:10-cv-00389-RCJ-WGC**

JAMES BENEDETTI, et al.,

    Respondent(s).

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the amended petition (ECF No. 55) is **denied** in its entirety.

    **IT IS FURTHER ORDERED** that a certificate of appealability is **denied.**

August 24, 2016                                                         **LANCE S. WILSON**
                                                                                    Clerk

                                                                                   /s/ K. Rusin
                                                                                   Deputy Clerk